**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FEB 2 2 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr25-WKW |
| ) | [21USC § 841(a)(1); |
| CLIFFORD STRONG FERGUSON ) | 18 USC § 924(c)(1)(A)(i)] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about June 15, 2006, in Chilton County, within the Middle District of Alabama,

CLIFFORD STRONG FERGUSON,

defendant herein, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about June 15, 2006, in Chilton County, within the Middle District of Alabama,

CLIFFORD STRONG FERGUSON,

defendant herein, did knowingly use and carry a Bryco, Jennings Nine, 9mm caliber firearm, and a Raven Arms, Model P-25, .25 caliber firearm, during and in relation to a drug trafficking offense as charged in Count 1 herein, and did possess said firearms in furtherance of a drug trafficking offense as charged in Count 1 herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL:

*/s/ Barbara J. Alexander*
Foreperson

*/s/ Patricia A. Watson*
for LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/ Tommie Brown Hardwick*
TOMMIE BROWN HARDWICK
Assistant United States Attorney