IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CASE NO. 2:07CR25-WKW |
| | * | |
| CLIFFORD FERGUSON, | * | |
| | * | |
| DEFENDANT. | * | |

RECEIVED
2007 APR 18 A 9:05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF APPEARANCE

Comes now the undersigned counsel and enters her appearance.

Respectfully submitted this 18th day of April, 2007.

_____
Denise A. Simmons (ASB5019I32D)

Denise A. Simmons
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: Dsimlaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 18th, 2007, I filed the foregoing with the Clerk of Court and will send notification of such filing to the following:

United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

_____
Of Counsel