IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:07CR25-WKW |
| | * |
| CLIFFORD FERGUSON, | * |
| | * |
| DEFENDANT. | * |

### MOTION TO CONTINUE

Comes now Clifford Ferguson by and through undersigned counsel and files this motion to continue trial and in support thereof states the following:

1. The trial of this case is presently set for June 4, 2007.

2. On May 10, 2006 the undersigned filed a motion to suppress.  It may be difficult for this Court to dispose of the motion to suppress in sufficient time for the trial.

3. Ferguson is not in custody.

4. The undersigned requests that this matter be set on the Court's next trial docket.

5. The undersigned does advise the Court that she will be out of state July 11, 12, 13, and 16 and 23, 24, 25, 26 and 27.  Counsel's minor son will be competing in national rodeo competitions during this period.  Counsel's presence is necessary.  Additionally, the undersigned may have surgery in August.

6. Wherefore it is respectfully requested that this matter be reset sometime after August.

Respectfully submitted,

        s/Susan G. James
        SUSAN G. JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353
        E-mail: sgjamesandassoc@aol.com
        Bar No: JAM012

### CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012