IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　　　　2:07cr25-WKW
　　　　　　　　　　　　　　　　　)
CLIFFORD STRONG FERGUSON　　　)

## PRETRIAL CONFERENCE ORDER

A pretrial conference was held on May 14, 2007 before the undersigned Magistrate Judge.  Present at this conference were Susan James, counsel for the defendant, and Assistant United States Attorney Tommie Hardwick, counsel for the government.  As a result of the conference, it is hereby ORDERED as follows:

1.    Jury selection is set for June 4, 2007.  The trial of this case is set during the trial term commencing on June 4, 2007 before United States District Judge William Keith Watkins and is expected to last 1 ½ days.

2.    The following motions are pending: defendant's motion to suppress and motion to continue trial,

3.    Proposed voir dire questions shall be filed on or before May 29, 2007.  Counsel should not include questions seeking information which is provided in the jury questionnaire.

4.    All motions in limine shall be filed on or before May 29, 2007.  Motions in limine must be accompanied by a brief.  Failure to file a brief will

result in denial of the motion.

5.    Proposed jury instructions shall be filed on or before May 29, 2007.

6.    The court will not consider a plea pursuant to Rule 11(c)(1)(A) or (C)

unless notice is filed on or before noon on May 23, 2007. The

government and defendant are informed that if a defendant waits until

the last minute to enter a plea, and if that plea, for whatever reason, is not

accepted by the court, the defendant and the government will be

expected to be prepared to go to trial on June 4, 2007.  The court will not

continue the trial of this case as to any defendant because a defendant's

plea was not accepted.   In other words, the defendant and the

government should not wait until the last minute for a defendant to enter

a guilty plea, and both the defendant and the government should all be

ready to go to trial on June 4, 2007, as to all defendants, even though a

particular guilty plea was not accepted by the court.

DONE, this 16th day of May, 2007.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE