IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr25-WKW |
| | ) | |
| CLIFFORD FERGUSON | ) | |

## **ORDER**

Upon consideration of defendant's motion to suppress (Doc. # 13), filed May 10, 2007, and for good cause, it is

ORDERED that a hearing on the motion is scheduled for 9:00 a.m. on June 4, 2007 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If defendant is in custody, the United States Marshal is DIRECTED to produce defendant for the hearing.

DONE, this 24th day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE