IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr25-WKW |
| | ) | |
| CLIFFORD FERGUSON | ) | |

## **AMENDED ORDER**

Upon consideration of defendant's motion to suppress (Doc. # 13), filed May 10, 2007, and for good cause, it is

ORDERED that a hearing on the motion is **re-scheduled for 9:00 a.m. on June 6, 2007** in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If defendant is in custody, the United States Marshal is DIRECTED to produce defendant for the hearing.

DONE, this 25th day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE