IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **CASE NO. 2:07-cr-25-WKW** |
| ) | |
| **CLIFFORD STRONG FERGUSON** ) | |

### ORDER

This case is before the court on defendant's objections (Doc. # 25) to the Recommendation of the Magistrate Judge (Doc. # 24), and defendant's Supplement to Motion to Suppress (Doc. # 23). After an independent and *de novo* review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge and defendant's objection, it is ORDERED that:

1. The Objections to the Magistrate's Report and Recommendation (Doc. # 25) is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 24) is ADOPTED;

3. The defendant's Motion to Suppress (Doc. # 13) and Supplement to Motion to Suppress (Doc. # 23) are DENIED.

DONE this 20th day of September, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE