## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **PLAINTIFF,** | * |
| | * |
| v. | * CASE NO. 2:07CR25-WKW |
| | * |
| **CLIFFORD FERGUSON,** | * |
| | * |
| **DEFENDANT.** | * |

### LEAVE TO FILE JURY INSTRUCTIONS AND VOIR DIRE OUT OF TIME

Comes now Clifford Ferguson by and through undersigned counsel and files this his motion requesting to file his jury instructions and voir dire out of time and in support thereof states the following:

1. Counsel inadvertently missed the deadline for filing these documents on October 29, 2007.

2. Counsel has contacted the Assistant United States Attorney and she has no objection to the out of time filing.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 30, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: JAM012