IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA           )
                                   )
        v.                         )        Case No. 2:07-cr-0025-WKW
                                   )
CLIFFORD STRONG FERGUSON           )

## **ORDER**

Upon consideration of the defendant's unopposed motion for Leave to File Jury

Instructions and Voir Dire Out of Time (Doc. # 36), it is ORDERED that the motion is

GRANTED.  The Defendant's Requested Jury Instructions (Doc. # 37) and Defendant's

Requested Voir Dire Questions (Doc. # 38) are deemed filed.

DONE this 31st day of October, 2007.

　　　　　      /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE