IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:07CR25-WKW |
| | * |
| CLIFFORD FERGUSON, | * |
| | * |
| DEFENDANT. | * |

### NOTICE OF APPEARANCE

Comes now Clifford Terry Gregg, Jr. and enters his appearance in the above styled case.

Respectfully submitted,

s/Clifford Terry Gregg, Jr.
CLIFFORD TERRY GREGG, JR.
Attorney at Law
Susan G. James & Associates
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 263-4888
E-mail: terrygreggjr@gmail.com
Bar No:ASB6892O72G

### CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Brown Hardwick
AssistantUnited States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

s/Clifford Terry Gregg, Jr.
CLIFFORD TERRY GREGG, JR.
Attorney at Law
Susan G. James & Associates
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330

Fax: (334) 263-4888
E-mail: terrygreggjr@gmail.com
Bar No:ASB6892O72G