**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| **V.** | * | **Criminal No.  2:07-cr0025-WKW** |
| **CLIFFORD STRONG FERGUSON,** | | |
| | * | |
| **Defendant.** | | |

<u>**DEFENDANT'S REQUESTED PROPOSED SUPPLEMENTAL JURY INSTRUCTION**</u>

Comes now the defendant, Clifford Strong Ferguson, and submits this requested

supplemental jury instruction for the Court's consideration.

Respectfully submitted

s/ Susan G. James
SUSAN G. JAMES
Attorney at Law
600 S. McDonough Street
Montgomery, Alabama 36104
Phone (334) 269-3330
Fax: (334) 263-4888
E-mail: sgjamesandassoc@aol.com
Bar No.ASBJ64S

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2007, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:

Tommie Brown Hardwick
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama 36101

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 S. McDonough Street
Montgomery, Alabama 36104
Phone (334) 269-3330
Fax: (334) 263-4888
E-mail: sgjamesandassoc@aol.com
Bar No.ASB7956J64S

SUPPLEMENTAL INSTRUCTION NO. 1

**<u>SIMPLE POSSESSION</u>**

Defendant would request an instruction on a lesser included offense of simple possession

of marijuana.

*Schmuck v. United States, 489 U.S. 705 (1989); United States v. Lee, 68 F. 3d 1267*

*(11<sup>th</sup>Cir.1995); Therialt v. United States 434 F. 2d 212,214 (5th Cir. 1970); FrCrP 31(c)(1) and*

*21 U.S.C. 844, 844(a).*

GIVEN _____    MODIFIED _____    REFUSED _____

_____
United States District Judge