IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:07-cr-0025-WKW |
| | ) |
| CLIFFORD STRONG FERGUSON | ) |

**Special Verdict**

1. As to the charge contained in **Count One** of the Indictment, we, the Jury, find the Defendant:

    ✓  **Guilty**

    or

    ____  **Not Guilty.**

[Note: If you find the Defendant not guilty as charged in Count One, you need not consider paragraphs 3 or 4 below, but you must still consider paragraph 2. If you find the Defendant guilty as charged in Count One, you need not consider paragraph 2 below, but must still consider paragraphs 3 and 4.]

2. As to the lesser included charge of simple possession of marijuana, consisting only of the first element of Count One of the Indictment, we, the Jury, find the defendant:

    ____  **Guilty**

    or

    ____  **Not Guilty.**

3. We, the Jury, having found the Defendant guilty of the offense charged in Count One, further find with respect to that Count that he possessed with intent to distribute the following controlled substance in the amount shown (place an X in the appropriate box):

(a) Marijuana —

    (i) Weighing 1000 kilograms or more; ☐

    (ii) Weighing 100 kilograms or more, but less than 1000 kg; ☐

    (iii) Weighing less than 100 kilograms ☒

4. As to the charge contained in **Count Two** of the Indictment, we, the Jury, find the Defendant:

    ✓ **Guilty**

    or

    _____ **Not Guilty**.

SO SAY WE ALL.

_____
Foreperson

Date: 11/9/07