IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.              ) | Case No. 2:07-cr-0025-WKW |
| ) | |
| CLIFFORD STRONG FERGUSON ) | |

**<u>ORDER</u>**

Upon consideration of the defendant's oral motion for judgment of acquittal and renewed oral motion for judgment of acquittal made during trial on November 8, 2007, it is ORDERED that both motions are DENIED.

DONE this 14th day of November, 2007.

                                  /s/   W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE