IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cr-0025-WKW |
| | ) | |
| CLIFFORD STRONG FERGUSON | ) | |

**ORDER**

It is ORDERED that the Government shall respond to the defendant's Motion for Reconsideration (Doc. # 50) in writing **on or before November 28, 2007**.

DONE this 20th day of November, 2007.

            /s/  W.  Keith Watkins
            UNITED STATES DISTRICT JUDGE