IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 2:07-cr-0025-WKW |
| ) | |
| CLIFFORD STRONG FERGUSON ) | |

## **ORDER**

It is ORDERED that the sentencing hearing is CONTINUED from January 30, 2008, to **February 15, 2008, at 2:15 p.m.**

DONE this 24th day of January, 2008.

                                 /s/  W.  Keith Watkins
                              UNITED STATES DISTRICT JUDGE