IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:07-cr-25-WKW |
| ) | |
| CLIFFORD STRONG FERGUSON ) | |

## ORDER

It is ORDERED that the sentencing hearing set in this matter for 2:15 p.m., on Friday, February 15, 2008, is now moved to **1:45 p.m.**

DONE this 11th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE