```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004010
Cashier ID: cstrecke
Transaction Date: 02/25/2008
Payer Name: GABRIELLE CARGIN
--------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: CLIFFORD FERGUSON
 Case/Party: D-ALM-2-07-CR-000025-001
 Amount:         $455.00
--------------------------------------
MONEY ORDER
 Remitter: GABRIELLE CARGIN
 Check/Money Order Num: 11921654665
 Amt Tendered:   $455.00
--------------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00
```

NOTICE OF APPEAL