# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| v. | * CASE NO. 2:07CR25-WKW |
| CLIFFORD FERGUSON, | * |
| DEFENDANT. | * |

## MOTION REQUESTING RECOMMENDATION ON PLACE OF CONFINEMENT

Comes now Clifford Ferguson by and through undersigned counsel and files this his motion requesting that the Court make a recommendation on the Judgement and Commitment Order that he be placed in the least restrictive environment for which he qualifies closest to his release destination and children in Louisville, Kentucky and in support thereof states the following:

1. Ferguson was sentenced to a term of 72 months on February 15, 2008.

2. At the time of sentencing, counsel failed to request from the Court a recommendation to the Bureau of Prisons, albeit non-binding, for placement of Ferguson in the least restrictive environment for which he qualifies closest to Louisville, Kentucky.

3. Wherefore counsel is respectfully requesting that the Court modify the Judgement and Commitment Order to reflect the same.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 5, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: JAM012