IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:07CR25-WKW |
| | * |
| CLIFFORD FERGUSON, | * |
| | * |
| DEFENDANT. | * |

**MOTION REQUESTING TO PROCEED IN FORMA PAUPERIS FOR PURPOSES OF OBTAINING A FREE TRANSCRIPT**

Comes now Clifford Ferguson, by and through undersigned Counsel, and files this motion of declaration of indigent status for the purposes of obtaining a free transcript for appeal and in support thereof states the following:

1. Clifford Ferguson was convicted in a jury trial. He has been in custody since February 20, 2008.

2. Clifford Ferguson is now and has been indigent. Counsel did not withdraw and does plan to represent Ferguson on appeal. However, he is financially unable to pay for the trial transcript.

3. Fergusonl has no family member capable of securing the necessary transcript for the appeal.

4. Defendant, as noted above, is indigent. His financial status will preclude his pursuit of his appeal. This will be inherently unfair and deny this Defendant equal access to justice and due process.

5. Defendant respectfully requests this Court authorize a free transcript so that he may appeal his conviction and sentence.

Respectfully submitted

                                              s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

Tommie Hardwick
AUSA
P. O. Box 197
Montgomery, Alabama 36101

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012