IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No. 2:07-cr-0025-WKW |
| ) | |
| CLIFFORD STRONG FERGUSON ) | |

## **ORDER**

Upon consideration of the defendant's Motion Requesting Recommendation on Place of Confinement (Doc. # 62) and Motion Requesting to Proceed *In Forma Pauperis* for Purposes of Obtaining A Free Transcript (Doc. # 64), it is ORDERED that the government shall respond in writing to each motion **on or before March 24, 2008**.

DONE this 18th day of March, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE