RECEIVED

2008 APR -4 A 9: 33

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
   Clerk, U.S. District Court
   15 LEE ST STE 206
   MONTGOMERY  AL  36104-4055

---

April 01, 2008

**Appeal Number: 08-10937-A**
Case Style: USA v. Clifford Strong Ferguson
District Court Number:  07-00025 CR-W-N

TO:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 01, 2008

RECEIVED
2008 APR -4 A 9:33
DEBRA P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 08-10937-A**
Case Style: USA v. Clifford Strong Ferguson
District Court Number: 07-00025 CR-W-N

Please promptly advise this office whether your court has entered an order concerning:

DE# 64 - transcripts @ government expense.

If there has been a ruling, please send us a copy of that order and a copy of the page of your docket sheet reflecting entry of that order.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

c: District Court Judge (information copy)

CLK-5 (03-2004)