IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **CASE NO. 2:07-CR-0025-WKW** |
| **CLIFFORD FERGUSON** ) | |

### RESPONSE TO MOTION REQUESTING RECOMMENDATION

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files its response to the Motion Requesting Recommendation on Place of Confinement filed on or about March 5, 2008, as follows:

The government has no objection to the Court granting defendant request to receive a recommendation by the Court for the least restrictive Bureau of Prisons confinement, as deemed suitable by the Bureau of Prisons, closest to Louisville, Kentucky.

Respectfully submitted, this the 4th day of April, 2008.

                                                            LEURA G. CANARY
                                                            UNITED STATES ATTORNEY

                                                            /s/ Susan Redmond
                                                           SUSAN REDMOND
                                                           Assistant United States Attorney
                                                           131 Clayton Street
                                                           Montgomery, Alabama 36104
                                                           (334) 223-7280
                                                           (334) 223-7135 fax
                                                           susan.redmond@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CASE NO. 2:07-CR-0025-WKW** |
| **CLIFFORD FERGUSON** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan G. James.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan Redmond
SUSAN REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 fax
susan.redmond@usdoj.gov

2