IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | **CASE NO.  2:07-CR-0025-WKW** |
| **CLIFFORD FERGUSON** | ) | |

## RESPONSE TO MOTION REQUESTING FREE TRANSCRIPT

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files its response to the Motion Requesting Free Transcript filed on or about March 12, 2008, as follows:

The government has no information regarding the finances of the defendant and cannot, therefore, form an opinion as to whether the motion should be granted.

Respectfully submitted, this the 4th day of April, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Susan Redmond
SUSAN REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 fax
susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **CASE NO. 2:07-CR-0025-WKW** |
| **CLIFFORD FERGUSON** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan G. James.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Susan Redmond
    SUSAN REDMOND
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    (334) 223-7280
    (334) 223-7135 fax
    susan.redmond@usdoj.gov