IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Case No. 2:07-cr-0025-WKW |
| ) | |
| CLIFFORD STRONG FERGUSON ) | |

## **ORDER**

Upon consideration of the defendant's Motion Requesting Recommendation on Place of Confinement (Doc. # 62), it is ORDERED that the motion is DENIED.[1]

DONE this 7th day of April, 2008.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] As the defendant recognizes, the court's recommendation is non-binding on the Federal Bureau of Prisons ("FBP"). Furthermore, it is FBP policy to place prisoners in a facility as near their home as circumstances allow.