IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cr-0025-WKW |
| | ) | |
| CLIFFORD STRONG FERGUSON | ) | |

### **ORDER**

Before the court is the defendant's Motion Requesting to Proceed In Forma Pauperis for Purposes of Obtaining a Free Transcript (Doc. # 64). Under 28 U.S.C. § 753(f), " *in forma pauperis* status is a prerequisite to a grant of free transcripts." *United States v. Frost*, 344 F. Supp. 2d 206, 208 (D. Me. 2004). The defendant has not provided this court with a financial affidavit and has not identified any basis for his appeal. *See id.* at 208 n.1 (finding the defendant failed to meet the requirements of § 753(f) where he "simply asserts he is indigent" and "has failed to articulate any basis for his appeal, much less specify the grounds with sufficient particularity to allow this Court to assess the need for the trial transcript").

Therefore, for the reasons stated above, it is ORDERED that the motion (Doc. # 64) for a transcript provided at the expense of the public is DENIED.

DONE this 7th day of April, 2008.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE