Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

May 19, 2008

**Appeal Number: 08-10937-A**
Case Style: USA v. Clifford Strong Ferguson
District Court Number: 07-00025 CR-W-N ()

CC: Susan Graham James

CC: Debra P. Hackett

CC: Clifford Terry Gregg, Jr.

CC: Denise A. Simmons

CC: Leura Garrett Canary

CC: Tommie Brown Hardwick

CC: Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

May 19, 2008

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 08-10937-A**
Case Style: USA v. Clifford Strong Ferguson
District Court Number: 07-00025 CR-W-N ()

Please take notice that the following motion has been filed:

Motion for IFP for purpose of transcripts

Any response which a party wishes to file must be received by this office on or before May 30, 2008, after which the motion and the response will be forwarded to the court for ruling without oral argument.

Copies of the court's decision will be sent to all counsel and to pro se parties.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

MOT-1 (01-2006)