Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

July 23, 2008

**Appeal Number: 08-10937-A**
Case Style: USA v. Clifford Strong Ferguson
District Court Number:  07-00025  CR-W-N ()

TO:   Susan Graham James

CC:   Debra P. Hackett

CC:   Clifford Terry Gregg, Jr.

CC:   Denise A. Simmons

CC:   Leura Garrett Canary

CC:   Tommie Brown Hardwick

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 23, 2008

Susan Graham James
Susan G. James and Associates
600 S MCDONOUGH ST
MONTGOMERY AL 36104-5812

**Appeal Number: 08-10937-A**
Case Style: USA v. Clifford Strong Ferguson
District Court Number: 07-00025 CR-W-N ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 08-10937-A

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUL 2 3 2008
THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CLIFFORD STRONG FERGUSON,

Defendant-Appellant.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

Appellant's motion to proceed in forma pauperis for purposes of obtaining transcripts at government expense is DENIED.

/s/ Gerald B. Tjoflat
UNITED STATES CIRCUIT JUDGE