Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

August 12, 2008

**Appeal Number: 08-10937-A**
Case Style: USA v. Clifford Strong Ferguson
District Court Number:  07-00025  CR-W-N

TO:   Clifford Strong Ferguson (10200-033)

CC:   Susan Graham James

CC:   Debra P. Hackett

CC:   Clifford Terry Gregg, Jr.

CC:   Denise A. Simmons

CC:   Leura Garrett Canary

CC:   Tommie Brown Hardwick

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 12, 2008

Clifford Strong Ferguson (10200-033)
Gilmer FCI
PO BOX 6000
GLENVILLE WV 26351-6000

**Appeal Number: 08-10937-A**
Case Style: USA v. Clifford Strong Ferguson
District Court Number: 07-00025 CR-W-N

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, **this appeal will be dismissed by the clerk without further notice** unless the default(s) noted below have been corrected:

Make satisfactory financial arrangements for transcript preparation with the court reporter as required by Fed.R.App.P. 10(b)(4).

11th Cir. R. 46-10(a) provides that "Retained counsel for a criminal defendant has an obligation to continue to represent that defendant until successor counsel either enters an appearance or is appointed under the Criminal Justice Act, and may not abandon or cease representation of a defendant except upon order of the court."

11th Cir. R. 42-1(b) also provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

c: District Court Clerk

DIS-1 (02-2008)