IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07cr25-WKW |
| | ) | |
| CLIFFORD FERGUSON | ) | |

## **ORDER**

Upon careful consideration of Defendant's *pro se* motion for judgment of acquittal or, in the alternative, motion for new trial or arrest of judgment (Doc. # 79), it is ORDERED that said motion is denied on the merits and as untimely.

DONE this 14th day of August, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE