IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| V. | * CASE NO. 2:07CR25-WKW |
| CLIFFORD FERGUSON, | * |
| DEFENDANT. | * |

## MOTION TO WITHDRAW

Comes now Susan G. James, Attorney for Clifford Strong Ferguson, and files this motion to withdraw as counsel and would request the Court to appoint counsel for Ferguson for purposes of appeal. Ferguson has alleged in pro se pleadings that the undersigned was ineffective. This creates an adversarial relationship between attorney and client forcing her withdrawal. Counsel seeks leave of court to withdraw and urges the Court to allow appellant additional time to obtain the transcript, file an opening brief, and obtain Court appointed appellate counsel.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, I filed the foregoing electronically with the Clerk of Court which will send notification of such filing to the following: Assistant United States Attorney, P.O. Box 197, Montgomery, Alabama, 36101.

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012