AO 245B   (Rev. 06/05) Judgment in Criminal Case
          Sheet 2 — Imprisonment

| | | Judgment — Page 2 of 6 |
|---|---|---|
| DEFENDANT: | CLIFFORD STRONG FERGUSON | |
| CASE NUMBER: | 2:07cr025-WKW | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

72 Months. This sentence includes 12 months as to Count 1, followed by a mandatory consecutive 60 months as to Count 2.

X The court makes the following recommendations to the Bureau of Prisons:
  The Court recommends that defendant be designated to a facility where intensive drug and mental health treatment are available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

AUG 2 2

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

This Inmate was delivered to FCI Gilmer
at 8:316 on _____
via FCI Gilmer, Glenville, West Virginia bus.
Lieutenant

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL